USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

# MCCORMICK DUNNE & FOLEY

ATTORNEYS AND COUNSELORS AT LAW

61 BROADWAY – SUITE 1030

NEW YORK, NEW YORK 10006-2730

212-363-1300

212-363-8762 (FAX)

CHRISTOPHER P. FOLEY
cfoley@mdflawfirm.com

March 17, 2008

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   Gable v. The Receivable Management Services Corporation
      Case No.: 07 Civ. 11265 (HB)

Dear Judge Baer:

We represent plaintiff Chris Gable in the above-referenced action, with respect to which a pre-trial conference is currently scheduled for March 20.

We are pleased to report that the action appears to be settled. Accordingly, we would respectfully request that the conference be cancelled, and that the parties be given two (2) weeks to prepare and file closing papers.

Respectfully submitted,

MCCORMICK DUNNE & FOLEY

By: _____
    Christopher P. Foley (CF6089)

cc:   **VIA EMAIL**
      Steven D. Sass, Esq.
      Vice President, Legal Services
      The Receivable Management
        Services Corporation

[Handwritten endorsement by Judge:] Taken upon your word I decide cancel the conference and dismiss with[out?] prejudice but not until your PTC time comes up, just in case you change your mind.

Harold Baer, Jr., U.S.D.J.
3/18/08

[Stamp:] MAR 18 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Endorsement:

    Taking you at your word I will cancel the conference and dismiss the mater forthwith but not until your PTC time comes and goes, just in case you change your mind.