APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GABLE,

    Plaintiff,

-against-

THE RECEIVABLE MANAGEMENT
SERVICES CORP.,

    Defendant.
------------------------------------------------------X

07CV11265(HB)
ORDER OF DISCONTINUANCE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

Hon. HAROLD BAER, JR. District Judge:

  This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

  ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party, and it is further

  ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York
April 3, 2008

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

_____
Attorneys for Plaintiff
Christopher P. Foley (CF6079)

_____
Attorneys for Defendant
STEVEN D. SASS (MD. FED'L #07059)

_____
Attorneys for Third-party

TOTAL P.02